UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAH, | ) |
| Petitioner, | ) CASE NO. C07-760-TSZ |
| v. | ) |
| KAREN BRUNSON, | ) ORDER DISMISSING § 2254 PETITION |
| Respondent. | ) |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas petition and this action are DISMISSED.

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Donohue.

DATED this 15th day of November, 2007.

Thomas S. Zilly
United States District Judge

ORDER DISMISSING § 2254
PETITION WITHOUT PREJUDICE